## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **PHYLLIS J. HERNANDEZ,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>)<br>**Defendant.** ) | Case No. 08-2275 |

# ORDER

In January 2008, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Phyliss Hernandez's application for disability insurance benefits.  ALJ Gildea based his decision on a finding that Plaintiff was able to perform her past jobs or other jobs that exist in significant numbers in the national economy.

In November 2008, Plaintiff filed a Complaint For Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits.  In April 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#11).  In June 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#14).  In August 2009, Plaintiff filed a Reply to Defendant's Memorandum in Support of Motion for Summary Affirmance (#16).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment or Remand (#11).  Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#14)**. This case is terminated.

ENTER this 18th day of May, 2010.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE